UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERQUIM, S.A.,

    Plaintiff/Counter-Defendant,

v.

BERG IMPORTS LLC d/b/a
BERG NUTRITION LLC,

    Defendant/Counter-Plaintiff.

_____/

Case No. 21-cv-10665
Hon. Robert H. Cleland
Mag. Judge David R. Grand

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, I caused the *Defendant/Counter-Plaintiff Berg Imports d/b/a Berg Nutrition, LLC's Amended Answer, Affirmative Defenses, and Counterclaim* to be electronically filed with The Clerk of the Court using the ECF system, which will send notice of such filing to all parties of record.

Dated: May 12, 2021

Respectfully submitted,

**THE DRAGICH LAW FIRM PLLC**

*/s/ January A. Dragich*
David A. Dragich (P63234)
January A. Dragich (P63108)
17000 Kercheval, Suite 210
Grosse Pointe, MI 48230
(313) 886-4550
ddragich@Dragichlaw.com
jdragich@Dragichlaw.com

- and -

**KANE KESSLER, P.C.**

*/s/ Jeffrey H. Daichman*
Jeffrey H. Daichman
Jonathan M. Sabin
600 Third Avenue, 35th Floor
New York, New York 10016
(212) 541-6222
jdaichman@kanekessler.com
jsabin@kanekessler.com

*Attorneys for Defendant/
Counterclaim-Plaintiff*