**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

INTERQUIM, S.A.,

    Plaintiff/Counter-Defendant,

v.                                               Case No. 21-10665

BERG IMPORTS, LLC,

    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff,

v.

GRUPO FERRER
INTERNACIONAL, S.A.,

    Third-Party Defendant.
_____/

**ORDER SUSPENDING LITIGATION AND HOLDING DISCOVERY IN ABEYANCE**

On July 13, 2022, the court held an off-the-record status conference with the parties to determine appropriate discovery deadlines. Counsel for Defendant Berg Imports, LLC indicated that it intended to file an amended counterclaim and amended third-party complaint, both of which Plaintiff Interquim, S.A. planned on opposing with motions to dismiss. However, because the parties have apparently begun engaging in meaningful dialogue to reach an amicable resolution to the case, the parties agreed that suspension of any litigation and holding discovery in abeyance in this matter would be sensible. The court finds that proceeding in such a manner would avoid potentially unnecessary costs associated with the submission of amended pleadings, filing of motions, or drafting any tools of discovery. Settlement discussions have initiated, and cessation of all litigation activities is therefore warranted until further notice.

In accordance with counsel's representation that prompt resolution may be in the parties' best interests, they have further informed the court that they may, sometime in September 2022, seek the assistance of Magistrate Judge Grand for dispute resolution. Counsel for the parties first plan to attempt to resolve the case themselves before contacting Magistrate Judge Grand. Accordingly,

IT IS ORDERED that litigation of this case and all discovery deadlines are HELD IN ABEYANCE until further notice from the parties that resolution of the case is not attainable.

IT IS FURTHER ORDERED that the parties are DIRECTED to provide a status report, every six weeks, updating the court on the parties' progress and what actions they have taken to resolve the case. The parties shall send the status report, via e-mail, to the court's case manager. The first report shall be sent on or before August 24, 2022.

s/Robert H. Cleland                    /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  July 13, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 13, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner                    /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\MAZ\Civil\21-10665.INTERQUIM.SuspendingLitigation.MAZ.docx